UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RICHARD C. CARRIER, Ph.D., an individual, <br><br> Plaintiff, <br><br> v. <br><br> PAUL Z. MYERS, Ph.D., an individual, <br><br> Defendant. | Case No.: 0:19-CV-01152-PJS-LIB <br><br> **MOTION TO DISMISS** |

Plaintiff Richard Carrier filed this case beyond the statute of limitations, and neither equitable tolling nor Ohio law save it. It otherwise fails on the merits. Plaintiff's claim also fails to meet or exceed the $75,000 amount in controversy requirement of 28 U.S.C. § 1332(a). Thus, Defendant Paul Z. Myers moves to dismiss this matter for failure to state a claim for relief under Fed. R. Civ. P. 12(b)(6) and for lack of subject-matter jurisdiction under Fed. R. Civ. P. 12(b)(1). In support, Defendant refers to his accompanying memorandum.

WHEREFORE Defendant requests this Court dismiss Plaintiff's Complaint with prejudice.

Dated this 8th day of July 2019.

    Respectfully Submitted,

    RANDAZZA LEGAL GROUP, PLLC

    */s/ Ronald D. Green*

    Ronald D. Green
    (*pro hac vice motion pending*)
    RANDAZZA LEGAL GROUP, PLLC
    2764 Lake Sahara Drive, Suite 109
    Las Vegas, Nevada 89117
    Telephone: 702-420-2001
    ecf@randazza.com

    Troy Hutchinson (MN License No. 0320420)
    120 South Sixth Street, Suite 2050
    Minneapolis, MN 55402
    Telephone: 612-743-3164
    thutchinson@rockhutchinson.com

    *Attorneys for Defendant,*
    *Paul Z. Myers*