## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| RICHARD C. CARRIER, Ph.D., an individual,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL Z. MYERS, Ph.D., an individual,<br><br>    Defendant. | Case No.: 0:19-CV-01152-PJS-LIB<br><br>**DEFENDANT PAUL Z. MYERS, Ph.D.'S CERTIFICATE OF COMPLIANCE WITH L.R. 7.1 (f) & (h)** |

I, Ronald D. Green, hereby certify that Defendant Paul Z. Myers, Ph.D.'s Memorandum of Law in Support of Motion to Dismiss complies with Local Rule 7.1(f) & (h).

I further certify that, in preparation of this Memorandum, Microsoft Word, Version 16.26, word-processing software was used, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the following word count. I further certify that the font size in the Memorandum, using Microsoft Word, Version 16.26, is Century Gothic 13 point, and that no text other than page numbers appears outside an area measuring 6 ½" by 9 inches.

I further certify that the above-referenced memorandum contains 4,959 words, excluding the caption, the signature block, and any certificates of compliance.

| | |
|---|---|
| Dated July 8, 2019 | Respectfully Submitted, |
| | RANDAZZA LEGAL GROUP, PLLC |
| | /s/ Ronald D. Green |
| | Ronald D. Green |
| | (*pro hac vice motion pending*) |
| | **RANDAZZA LEGAL GROUP, PLLC** |
| | 2764 Lake Sahara Drive, Suite 109 |
| | Las Vegas, Nevada 89117 |
| | Telephone: 702-420-2001 |
| | ecf@randazza.com |
| | |
| | Troy Hutchinson |
| | (MN License No. 0320420) |
| | **ROCK HUTCHINSON** |
| | 120 South Sixth Street, Suite 2050 |
| | Minneapolis, MN 55402 |
| | Telephone: 612-743-3164 |
| | thutchinson@rockhutchinson.com |
| | |
| | Attorneys for Defendant |
| | Paul Z. Myers |