Richard C. Carrier
134 W. Tulane Rd. Apt. B
Columbus, OH 43202
(510) 932-9536
richard.carrier@icloud.com

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **Richard C. Carrier, Ph.D.**, | : | Case No. **19-cv-1152-LIB** |
| Plaintiff, | : | Magistrate Leo Brisbois |
| v. | : | |
| | : | **PLAINTIFF RICHARD C.** |
| **Paul Z. Myers, Ph.D.**, | : | **CARRIER'S CERTIFICATE OF** |
| | : | **COMPLIANCE WITH** |
| Defendant. | : | **L.R. 7.1 (f) & (h)** |

I, Richard C. Carrier, hereby certify that Plaintiff Richard C. Carrier's Response in Opposition to Defendant's Motion to Dismiss with Incorporated Memorandum of Law complies with Local Rule 7.1(f) & (h).

I further certify that, in preparation of that document I used the Pages word-processing software, Version 8.1, for Mac OS, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the following word count.

I further certify that the above-referenced document contains 3,844 words, excluding the caption and signature block.

1

I further certify that the font size in the aforesaid document, using Pages, Version 8.1, for Mac OS, is Helvetica 13 point, and that no text other than page numbers appears outside an area measuring 6 1⁄2" by 9 inches.

DATED this 29th day of July, 2019.

Respectfully submitted,

/s/ Richard C. Carrier
_____

Richard C. Carrier (pro se)
134 W. Tulane Rd. Apt. B
Columbus, OH 43202-1943
(510) 932-9536
richard.carrier@icloud.com