## UNITED STATES DISTRICT COURT
### District of Minnesota

Richard C. Carrier,                                **JUDGMENT IN A CIVIL CASE**

           Plaintiff,

v.                                                                    Case Number: 19-cv-1152 LIB

Paul Z. Myers,

           Defendant.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's Motion to Dismiss, [Docket No. 6], is **DENIED as moot**; and

2. Plaintiff's claims against Defendant are **DISMISSED with prejudice** but without cost or attorney's fees to either party.

Date: 12/3/2019                                                  KATE M. FOGARTY, CLERK

                                                                                                           s/Cara Kreuziger

                                                                                       (By)   Cara Kreuziger, Deputy Clerk